**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 6, 2017**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-** |
| | : | **Grand Jury Original** |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 875(c)** |
| **NICHOLAS BUKOSKI,** | : | **(Transmitting Threats in Interstate Commerce)** |
| **Defendant.** | : | **18 U.S.C. § 115(a)(1)(B) and (b)(4) (Threatening to assault and murder a United States official, that is a member of Congress with intent to impede, intimidate, or interfere with such official)** |

## **I N D I C T M E N T**

The Grand Jury charges that:

## **COUNT ONE**

On or about March 24, 2018, within the District of Columbia, the defendant **NICHOLAS BUKOSKI**, knowingly did transmit in interstate commerce a communication, and the communication contained a threat to injure the person of another, namely, United States Senator Bernard Sanders, with the knowledge that the communication would be viewed as a threat.

(**Transmitting Threats in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

**COUNT TWO**

On or about March 24, 2018, within the District of Columbia, the defendant **NICHOLAS BUKOSKI,** knowingly threatened to assault and murder a United States official, that is a member of Congress, namely, United States Senator Bernard Sanders, with the intent to impede, intimidate, or interfere with such official.

(**Threatening to assault and murder a United States official, that is a member of Congress with intent to impede, intimidate or interfere with such official**, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4))

**COUNT THREE**

On or about March 24, 2018, within the District of Columbia, the defendant **NICHOLAS BUKOSKI,** knowingly did transmit in interstate commerce a communication, and the communication contained a threat to injure the person of another, namely, United States Senator Kamala Harris, with the knowledge that the communication would be viewed as a threat.

(**Transmitting Threats in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

**COUNT FOUR**

On or about March 24, 2018, within the District of Columbia, the defendant **NICHOLAS BUKOSKI,** knowingly threatened to assault and murder a United States official, that is a member of Congress, namely, United States Senator Kamala Harris, with the intent to impede, intimidate, or interfere with such official.

**(Threatening to assault and murder a United States official, that is a member of Congress with intent to impede, intimidate or interfere with such official,** in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4))

**COUNT FIVE**

On or about March 24, 2018, within the District of Columbia, the defendant **NICHOLAS BUKOSKI,** knowingly did transmit in interstate commerce a communication, and the communication contained a threat to injure the person of another, namely, to injure participants in the "March For Our Lives" demonstration in support of stricter gun laws, with the knowledge that the communication would be viewed as a threat.

(**Transmitting Threats in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL

FOREPERSON

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA