UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 08 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.  18-Cr-101(TSC) |
| : | |
| NICHOLAS BUKOSKI : | |
| Defendant. : | |

## ORDER

Upon consideration that the defendant appeared in the United States District Court for the District of Columbia pursuant to a Writ of Habeas Corpus Ad Prosequendum on June 8, 2018, and was directed to be returned from whence he came upon the conclusion of the proceedings, it is ordered that the proceedings have not concluded and a detention hearing will be held on June 13, 2018.

The defendant was returned to the Anne Arundel County Detention Center before the conclusion of the detention hearing because his medication was not transported with him to the District of Columbia.

It is hereby ORDERED that the United States Marshal shall produce, NICHOLAS BUKOSKI (Maryland Division of Corrections No. MD 4656032 and _____ ) for a continuation of his detention hearing on June 13, 2018, before the Honorable Deborah A. Robinson at 1:30 pm in the United States District Court for the District of Columbia. All medication and medical instructions shall be transported with the defendant and will be returned when he is returned at the conclusion of the detention hearing and local booking process.

It is this 8th day of June, 2018, SO ORDERED.



Magistrate Judge Robin M. Meriweather

